*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★    ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00380-CR

Sandra J. **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 213470
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:   July 9, 2008

DISMISSED FOR WANT OF JURISDICTION

In this appeal, the trial court imposed or suspended sentence on April 8, 2008. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed May 8, 2008. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due by May 23, 2008. TEX. R. APP. P. 26.3. Appellant did not file her notice of appeal or her motion for extension of time until May 30, 2008.

On June 12, 2008, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. No response has been filed. Therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH